No. 03–10474. MURRAY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–10476. WITHERS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–10479. CORDERO v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10480. COLEY v. CLARK, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–10484. RIZZO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 03–10485. MOSLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10486. BALAZINSKI v. MUNICIPALITY OF BRIDGEWATER TOWNSHIP, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10488. PERRY v. UNITED PARCEL SERVICE, INC. C. A. 6th Cir. Certiorari denied.

No. 03–10497. JOHNSON v. ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 03–10503. SHISINDAY v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10504. WATTS v. ASHCROFT, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied.

No. 03–10505. WILSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03–10511. HOOD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.